IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL HILLERY et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | CA 06-1290 |
| | ) | |
| CYGNUS MANUFACTURING CO., | ) | |
| | ) | |
| Defendant. | ) | |

AMBROSE, Chief District Judge.

## ORDER OF COURT

**AND NOW**, this **3rd day of January, 2007**, the parties to the above-captioned action have reached an amicable settlement of their respective claims and stipulate that the action may be dismissed with prejudice.

It is, accordingly, **ORDERED** that the above-captioned action is **DISMISSED** _with prejudice_ pursuant to Fed.R. Civ.P.41(a)(2). Entry of the foregoing Order is consented to this **3rd day of January, 2007.**

BY THE COURT:

_Donetta W. Ambrose_
Donetta W. Ambrose,
Chief U. S. District Judge

_____          _____
Attorney for Plaintiffs                                        Attorney for Defendant


_____          _____
Attorney for Plaintiff                                          Attorney for Defendant

1